Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Jeremy D. Matz - State Bar No. 199401
    jmatz@birdmarella.com
Naeun Rim - State Bar No. 263558
    nrim@birdmarella.com
Patricia H. Jun - State Bar No. 277461
    pjun@birdmarella.com
Nithin Kumar - State Bar No. 300607
    nkumar@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Claimant Global One Aviation (Global 5000) Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ONE BOMBARDIER GLOBAL 5000 JET AIRCRAFT, BEARING MANUFACTURER'S SERIAL NUMBER 9265 AND REGISTRATION NUMBER N689WM, ITS TOOLS AND APPURTENANCES, AND AIRCRAFT LOGBOOKS,<br><br>    Defendant. | CASE NO. 16-CV-5367-DSF<br><br>**THIRD STIPULATION FOR INTERLOCUTORY SALE PROCESS FOR DEFENDANT ONE BOMBARDIER GLOBAL 5000 JET AIRCRAFT**<br><br>[Filed Concurrently with [Proposed] Third Order For Interlocutory Sale Process For Defendant Bombardier Jet] |

It is hereby stipulated by and between Plaintiff United States of America ("Plaintiff") and Claimant Global One Aviation (Global 5000) Ltd. ("Claimant") (collectively, the "Parties"), by and through their counsel of record, to file this Third Stipulation For Interlocutory Sale Process with regard to the defendant asset One Bombardier Global 5000 Jet Aircraft (the "Aircraft").

In support thereof, the Parties respectfully offer the following:

1       On October 25, 2018, the Parties filed the first Stipulation for Interlocutory Sale Process for Defendant One Bombardier Global 5000 Jet Aircraft ("the First Stipulation"). On or about October 29, 2018, the Court granted the First Stipulation and entered a corresponding Order ("the First Order"), which established a Bidding Process for the Aircraft.

      On January 7, 2019, the Parties filed the Second Stipulation for Interlocutory Sale Process for Defendant One Bombardier Global 5000 Jet Aircraft ("the Second Stipulation"). On or about January 8, 2019, the Court granted the Second Stipulation and entered a corresponding Order ("the Second Order"), which made certain modifications to the Bidding Process for the Aircraft, but which otherwise maintained in effect the procedures specified in the First Order.

      Bids for the Aircraft were received pursuant to the First Order and the Second Order. For various reasons, including reasons relating to the condition of the Aircraft, it was not possible to adhere strictly to the timeframes and deadlines established in the First Order and the Second Order. Additionally, for the same reasons, it was not possible to obtain any bid for the Aircraft at or above the minimum reserve price ("MRP") of $5,418,000 specified in the First Order.

      However, the Parties, together with the qualified and experienced broker retained to handle the sale of the Aircraft, have now received, evaluated, and analyzed all bids submitted for the Aircraft. Based on such evaluations and analyses, the Parties have entered into and executed an Aircraft Sale & Purchase Agreement ("the Agreement") with DJI Holdings, LLC ("DJI"), dated September 3, 2019, for DJI to purchase the Aircraft for $1,800,000. DJI has inspected the Aircraft and, in the Agreement, has waived any and all further inspections and evaluations of the Aircraft and has accepted the Aircraft. As set forth in the Agreement, the Closing Date for the transaction is the later of September 4, 2019 or satisfaction or waiver of certain specified conditions precedent.

The Parties believe that the sale of the Aircraft to DJI under the terms and conditions set forth in the Agreement is the highest and best obtainable sale under the circumstances, and consistent with the Aircraft's fair market value and condition.  Therefore, the Parties jointly ask the Court to approve the sale of the Aircraft to DJI under the terms and conditions set forth in the Agreement.

The Parties continue to agree that an interlocutory sale of the Aircraft is appropriate and necessary under Rule G(7)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions because (i) the Aircraft is at risk of further deterioration and damage as it will likely be unused during the pendency of this litigation if it is not sold to a third party; and (ii) the expense of keeping the Aircraft is excessive and/or is disproportionate to its fair market value.

Therefore, the Parties hereby stipulate and agree, and ask the Court to order, that the Aircraft be sold to DJI under the terms and conditions set forth in the Agreement.

IT IS SO STIPULATED.

DATED:  September 4, 2019

Jeremy D. Matz
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: /s/ *Jeremy D. Matz*
Jeremy D. Matz
Attorneys for Claimant

[signatures continue on next page]

| | |
|---|---|
| DATED: September 4, 2019 | Deborah L. Connor<br>Chief, Money Laundering & Asset Recovery Section<br><br>Nicola T. Hanna<br>United States Attorney<br><br>By: /s/ by Jeremy D. Matz, with email authorization from Plaintiff on August 29, 2019<br>Woo S. Lee<br>Deputy Chief, Money Laundering & Asset Recovery Section, U.S. Department of Justice<br><br>John J. Kucera<br>Michael R. Sew Hoy<br>Assistant United States Attorneys<br><br>Attorneys for Plaintiff<br>United States of America |