| | |
|---|---|
| 1 | Ekwan E. Rhow - State Bar No. 174604 |
|   |     erhow@birdmarella.com |
| 2 | Jeremy D. Matz - State Bar No. 199401 |
|   |     jmatz@birdmarella.com |
| 3 | Naeun Rim - State Bar No. 263558 |
|   |     nrim@birdmarella.com |
| 4 | Patricia H. Jun - State Bar No. 277461 |
|   |     pjun@birdmarella.com |
| 5 | Nithin Kumar - State Bar No. 300607 |
|   |     nkumar@birdmarella.com |
| 6 | BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C. |
| 7 | 1875 Century Park East, 23rd Floor |
|   | Los Angeles, California 90067-2561 |
| 8 | Telephone: (310) 201-2100 |
|   | Facsimile: (310) 201-2110 |
| 10 | Attorneys for Claimant Global One Aviation (Global 5000) Ltd. |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV 16-5367-DSF |
| Plaintiff, | **THIRD ORDER FOR INTERLOCUTORY SALE PROCESS FOR DEFENDANT ONE BOMBARDIER GLOBAL 5000 JET AIRCRAFT** |
| vs. | |
| ONE BOMBARDIER GLOBAL 5000 JET AIRCRAFT, BEARING MANUFACTURER'S SERIAL NUMBER 9265 AND REGISTRATION NUMBER N689WM, ITS TOOLS AND APPURTENANCES, AND AIRCRAFT LOGBOOKS, | [Lodged Concurrently with Third Stipulation For Interlocutory Sale Process For Defendant Bombardier Jet] |
| Defendant. | |

The Court has reviewed and considered the Third Stipulation For Interlocutory Sale Process (the "Third Stipulation") with regard to the defendant asset One Bombardier Global 5000 Jet Aircraft (the "Aircraft"), filed by and between Plaintiff United States of America ("Plaintiff") and Claimant Global One Aviation (Global 5000) Ltd. ("Claimant") (collectively, the "Parties").

Based on the Third Stipulation, and for good cause shown, the Court hereby

1  orders as follows:

2  An interlocutory sale of the Aircraft is appropriate and necessary under Rule G(7)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions because (i) the Aircraft is at risk of deterioration and damage as it will likely be unused during the pendency of this litigation if it is not sold to a third party; and (ii) the expense of keeping the Aircraft is excessive and/or is disproportionate to its fair market value.

The Aircraft shall be sold to DJI Holdings, LLC ("DJI"), pursuant to and in accordance with the terms and conditions specified in the Aircraft Sale & Purchase Agreement ("the Agreement"), dated September 3, 2019, by and between Plaintiff, Claimant, and DJI.

To the fullest extent not inconsistent with this Third Order For Interlocutory Sale Process For Defendant One Bombardier Global 5000 Jet Aircraft, all terms, conditions, requirements, obligations, duties, and procedures set forth in the Orders for Interlocutory Sale Process for Defendant One Bombardier Global 5000 Jet Aircraft, filed on or about October 29, 2018, and January 8, 2019 (the "First Order" and "Second Order," respectively), shall continue to remain in force and effect.

IT IS SO ORDERED.

DATED: September 5, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE