USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# U.S. MARSHALS SERVICE PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED C/CA
2018 NOV -5 PM 4:59

LOG# 1990
JDIS: 1

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CV 16-05367-DSF (PLAx) |
| DEFENDANT | TYPE OF PROCESS |
| ONE BOMBARDIER GLOBAL 5000 JET AIRCRAFT | Order/Interlocutory Sale |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

AUSA MICHAEL R. SEW HOY
U. S. COURTHOUSE
312 N. SPRING STREET, 14TH FLOOR
LOS ANGELES, CA 90012

| | |
|---|---|
| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

CATS: 16-FBI-004362
PURSUANT TO THE ATTACHED ORDER FOR INTERLOCUTORY SALE, PLEASE PROCEED TO SELL THE DEFENDANT ASSET - ONE BOMBARDIER GLOBAL 5000 JET AIRCRAFT, BEARING MANUFACTURER'S SERIAL NUMBER 9265 AND REGISTRATION NUMBER N689WM, ITS TOOLS AND APPURTENANCES AND AIRCRAFT LOGBOOKS.

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (213) 894-3314
DATE: 11/1/18

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 12 | District to Serve No. | Signature of Authorized USMS Deputy or Clerk: Pat Nugent | Date: 11/6/18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

FILED
CLERK, U.S. DISTRICT COURT
OCT 29 2019
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 9/12/19   Time: 7:10 ☑ am ☐ pm
Signature of U.S. Marshal or Deputy: Pat Nugent

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) | |
|---|---|---|---|---|---|---|
| $65.00 | | | $65.00 | | $65.00 | XXXXXX |

REMARKS: RECEIVED $137,615.08 AS NET PROCEEDS FOR THE SALE OF ONE BOMBARDIER GLOBAL 5000 JET AIRCRAFT(16-FBI-004362) ON 09/12/2019.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00